# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| LUIS IVAN POBLETE,<br><br>        Plaintiff,<br><br>        v.<br><br>L. DARREN GOLDBERG, et al.,<br><br>        Defendants. |

Civil Action 09-01742  (HHK)

## ORDER

For the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 29th day of December 2009, hereby

**ORDERED** that Plaintiff's complaint is **DISMISSED**.


Henry H. Kennedy, Jr.
United States District Judge